P & B Capital Group, LLC
455 Center Rd
West Seneca, NY 14224

**P&B CAPITAL GROUP LLC**

Toll Free: 888.569.9635
Fax: 716.842.0987

www.pandbcapitalgroup.com

March 15, 2018

Jessica L Kovarsky
106 WOODLAND DR
MASTIC BEACH, NY 11951

OUR FILE# .....................: 4732558
ACCOUNT# ..........: 5856375279558654
ORIGINAL CREDITOR..........: Comenity Bank
CURRENT CREDITOR.........: Crown Asset Management LLC

CURRENT BALANCE ..........: $1,530.24
**SETTLEMENT AMOUNT ...: $1,130.16**

The balance of your account is as listed above. We have been authorized to release you from your contractual responsibilities in regard to this debt for **$1,130.16** . Your first payment of **$450.00** will be due in this office on or before **03/15/18** . After the first payment, you have agreed to do payments of **$182.56** that will be due in this office on or before the **25TH** day of each month. (Upon clearance of funds the above client will be notified with the correct adjustments made to your account records, and in the event the client has already reported this account to the credit bureau(s) they should also update their tradeline on your bureau to reflect the new status.)

 **Payments must be in our office on or before the dates listed above, as this offer will no longer be recognized by our office after said dates.**

Yours Truly,

*Katherine L Prystajko*

Katherine Prystajko
Representative

*This communication from a debt collector is an attempt to collect a debt. Any information obtained will be used for that purpose.*