P & B Capital Group, LLC
455 Center Rd
West Seneca, NY 14224



Toll Free: 888.569.9635
Fax: 716.842.0987

www.pandbcapitalgroup.com

March 15, 2018

Jessica L Kovarsky
106 WOODLAND DR
MASTIC BEACH, NY 11951

OUR FILE# ............................: 4732544
ACCOUNT# ...........................: 5856373090964920
ORIGINAL CREDITOR.........: Comenity Bank
CURRENT CREDITOR.........: Crown Asset Management LLC

CURRENT BALANCE ..........: $370.96
**SETTLEMENT AMOUNT ...: $1,032.21**

The balance of your account is as listed above. Our client has authorized us to release you from all responsibilities in regard to this debt for **$1,032.21** . (Upon clearance of funds the above current creditor will be notified with the correct adjustments made to your account records, and in the event the current creditor has already reported this account to the credit bureau(s) they will be directed to update their tradeline on your bureau to reflect the new status. Additionally, a letter of zero balance will be sent within a timely fashion.)

The payment must be in our office **on or before March 17, 2018** as this offer will no longer be recognized by our office after said date.

Yours Truly,

*Katherine Prystajko*
Katherine Prystajko
Representative

*This communication from a debt collector is an attempt to collect a debt.*
*Any information obtained will be used for that purpose.*