Attorney(s) Law Office of Mitchell L. Pashkin
Index # **2:19-cv-01512-RRL-ARL**
Purchased/Filed:
State of New York
Court: U. S. District
County: Eastern Dist.

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Jessica Kovarsky, on behalf of herself and all others similarly situated

Plaintiff(s)

against

P&B Capital Group, LLC, et al

Defendant(s)

| STATE OF NEW YORK ) | |
|---|---|
| COUNTY OF ALBANY ) SS | |
| CITY OF ALBANY ) | |

**DESCRIPTION OF PERSON SERVED:** Approx. Age: 55 yrs

Weight: 120 lbs  Height: 5' 1"  Sex: Female  Color of skin: White

Hair color: Brown  Other: _____

Robert Guyette, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on June 7, 2019, at 12:17 PM, at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:
Summons in a Civil Action & Complaint Demand for Trial By Jury with Civil Cover Sheet

on

**P&B Capital Group, LLC**

the Defendant in this action, by delivering to and leaving with  Nancy Dougherty
AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40 dollars; That said service was made pursuant to Section LIMITED LIABILITY COMPANY LAW §303.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

7th day of June 2019

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2023

Robert Guyette

**Invoice·Work Order #** 1924236
Attorney File # **Kovarsky**